AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF    NEVADA

DONALD R. CORTEZ,

      Plaintiff,        JUDGMENT IN A CIVIL CASE
V.

                                CASE NUMBER:   **3:11-CV-00872-RCJ-WGC**

MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC., et al.,

      Defendants.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the Motion to Dismiss and Expunge the Lis Pendens is **GRANTED**. The lis pendens is **EXPUNGED.**

  May 15, 2012                                    **LANCE S. WILSON**
                                                         Clerk

                                                /s/ D. R. Morgan
                                                 Deputy Clerk